UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY G. LOOZA,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br>Administration,<br><br>        Defendant. | Case No. 06-CV-1203-LAB (JMA)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

    Plaintiff has filed a complaint in this matter seeking judicial review of the denial of his application for supplemental security income benefits. Defendant's answer and the administrative record were filed recently. Pursuant to Rule 16.1(e)(3) of the Local Rules, an Early Neutral Evaluation/Case Management Conference is not required to be held in this case. This order sets out a briefing schedule and hearing date for cross-motions for summary judgment.

    Plaintiff must file a motion for summary judgment on or before **November 17, 2006**. Defendant must file any cross-motion

1 | on or before **December 19, 2006**.  Plaintiff must file any
2 | opposition to the cross-motion by **January 2, 2007**.  Defendant
3 | must file any reply brief on or before **January 9, 2007**.
4 |     The matter will be heard on **January 16, 2007** at **9:00 a.m.**
5 | Unless the Court directs otherwise in advance, this matter will
6 | be resolved without oral argument and no personal appearances on
7 | the hearing date should be made.
8 |     Questions regarding this case may be directed to the
9 | Magistrate Judge's law clerk at (619) 557-5585.
10 |     **IT IS SO ORDERED.**
11 | DATED: September 18, 2006

                                                      Jan M. Adler
                                                      U.S. Magistrate Judge